B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Western District of Washington

In re <u>Julius William Brown, Jr and Shirley Brown</u>,  Case No. <u>15-42253-MJH</u>

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>The Bank of New York Mellon, F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2006-SPS2</u>      <u>Real Time Resolutions, Inc.</u>
       Name of Transferee                                                Name of Transferor

Name and Address where notices to transferee should be sent:
Carrington Mortgage Services, LLC
1600 South Douglass Road
Anaheim, CA 92806
Phone: <u>(800) 561-4567</u>
Last Four Digits of Acct #: <u>5425</u>

Court Claim # (if known): <u>6-1</u>
Amount of Claim: <u>$104,121.42</u>
Date Claim Filed: <u>08/11/2015</u>

Phone: <u>(888) 741-1124</u>
Last Four Digits of Acct. #: <u>4835</u>

Name and Address where transferee payments should be sent (if different from above):
Carrington Mortgage Services, LLC
P.O. BOX 3730
Anaheim, CA 92806
Phone: <u>(800) 561-4567</u>
Last Four Digits of Acct #: <u>5425</u>

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: <u>/s/ Scott D. Crawford</u>      Date: <u>05/04/2018</u>
       Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## **CERTIFICATE OF SERVICE**

I, Michele Dapello, certify that I am a resident of Orange County, I am over the age of eighteen (18) and not a party to the within action, and that my business address is: 30 Corporate Park, Suite 450, Irvine, CA 92606.

On **May 4, 2018**, I served the within **TRANSFER OF CLAIM OTHER THAN FOR SECURITY** on all interested parties in this proceeding by placing a true and correct copy thereof enclosed in a sealed envelope with postage pre-paid in the United States Mail at Irvine, California, addressed as follows:

Julius William Brown, Jr
Shirley Brown
7519 95th Ave SW
Lakewood, WA 98498

In addition to any paper copies served by U.S. Mail, registered ECF participants, including parties who have requested Special Notice in this case, will receive an electronic copy of the foregoing document when it has been filed with the Court.

| | |
|---|---|
| Ellen Ann Brown, Attorney | stopdebt@gmail.com |
| Michael G. Malaier, Trustee | ecfcomputer@chapter13tacoma.org |
| United States Trustee | USTPRegion18.SE.ECF@usdoj.gov |

I certify under penalty of perjury the foregoing is true and correct.

Executed on **May 4, 2018,** at Irvine, California.

/s/ Michele Dapello
**Michele Dapello**

1